UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00192 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| THOMAS JEFFREY WILLIAMS | ) | |

## MOTION TO CHANGE SENTENCING DATE

The undersigned has been directed by the management of the United States Attorney's Office to request the Court change the sentencing date in the above styled case, presently set for December 6, 2013. The United States Attorney's Office will be conducting mandatory training on that day.

After consultation with Jude Lenahan, attorney for Mr. Williams, the parties represent that they are ready and available to conduct the hearing anytime in the afternoon of December 2, 2013; anytime in the morning of December 4, 2013; anytime other than 11:00-12:00 on December 3, 2013; or anytime at or after 10:00 on December 5, 2013.

There are no objections to the Presentence Report by either party, there is a Rule 11(c)(1)(C) plea agreement, and neither party anticipates calling any witnesses.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

By: /s/ *William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151

[Handwritten annotation: ORDER — This motion is GRANTED. The hearing is Reset for December 13, 2013 at 3:00 pm. 12-3-13]

1